# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | AFLAC Premium Holding | 1/26/2023 | 267047 | Check | $ 14,787.68 |
| Akorn Operating Company, LLC | AFLAC Premium Holding | 2/2/2023 | 267100 | Check | $ 64,318.52 |
| | | | | | $ 79,106.20 |