# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Akorn Holding Company LLC, *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |
| George Miller, Chapter 7 Trustee of the bankruptcy estate of Akorn Holding Company LLC, *et al,*, <br><br> Plaintiff. <br><br> v. <br><br> AFLAC Premium Holding, <br><br> Defendant. | Adv. Pro. No. 25-50096 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 7th day of July 2025, a copy of the **Rule 26(a)(1) Disclosures of AFLAC Premium Holding** were served upon the following persons indicated below in the manner indicated below:

**VIA FIRST CLASS U.S. MAIL**
Evan T. Miller, Esq.
Paige N. Topper, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

Dated: July 7, 2025                                  **WHITEFORD TAYLOR & PRESTON LLC**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 295-5675
Email: mphillips@whitefordlaw.com

-and-

Stanley H. McGuffin
**HAYNSWORTH SINKLER BOYD, PA**
PO Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Email: smcguffin@hsblawfirm.com

*Attorneys for AFLAC Premium Holding*