## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of July, 2025, I caused a true and correct copy of the foregoing **Answer of AFLAC Premium Holding** to be served upon all parties registered in this case electronically via the Court's CM/ECF system and upon the parties listed below in the manner indicated:

**VIA EMAIL:**
Evan T. Miller, Esq.
Paige N. Topper, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Evan.miller@saul.com
Paige.topper@saul.com

Michelle G. Novick, Esq.
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Michelle.novick@saul.com

Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)