# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Akorn Holding Company LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| George Miller, Chapter 7 Trustee of the bankruptcy estate of Akorn Holding Company LLC, *et al,*, | |
| Plaintiff. | Adv. Pro. No. 25-50096 (KBO) |
| v. | |
| AFLAC Premium Holding, | |
| Defendant. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 25, 2025, counsel to the Defendant, AFLAC Premium Holding, served via electronic mail the ***Defendant's First Request for Production to Plaintiff*** on the parties on the attached service list.

Dated: July 25, 2025

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 295-5675
Email: mphillips@whitefordlaw.com

-and-

Stanley H. McGuffin
**HAYNSWORTH SINKLER BOYD, PA**
PO Box 11889
Columbia, SC 29211-1889
803-779-3080
smcguffin@hsblawfirm.com

*Attorneys for AFLAC Premium Holding*

Evan T. Miller, Esq.
Paige N. Topper, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Evan.miller@saul.com
Paige.topper@saul.com

Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com

Michelle G. Novick, Esq.
Saul Ewing LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601
Michelle.novick@saul.com