# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>AFLAC PREMIUM HOLDING,<br><br>Defendant. | Adv. Proc. No. 25-50096 (KBO) |

## **NOTICE OF SERVICE**

I, Evan T. Miller, hereby certify that, on July 28, 2025, a copy of the Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions was served via E-Mail on the parties below:

| *E-Mail*<br>Marc J. Phillips<br>Whiteford, Taylor & Preston LLC<br>600 North King Street, Suite 300<br>Wilmington, DE 19801<br>Email: mphillips@whitefordlaw.com | *E-Mail*<br>Stanley H. McGuffin<br>Haynsworth Sinkler Boyd, P.A.<br>PO Box 11889<br>Columbia, SC 29211-1889<br>smcguffin@hsblawfirm.com |
|---|---|

Dated: July 29, 2025                    **SAUL EWING LLP**

                                By:*/s/ Evan T. Miller*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Ryan F. Coy (admitted *pro hac vice*)
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6168
ryan.coy@saul.com

*Counsel to Plaintiff*